**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | : | No. 737 MAL 2017 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | : | No. 738 MAL 2017 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.